# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **VISHAY DALE ELECTRONICS, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV191 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **CYNTEC CO., LTD., SUSUMU CO., LTD.,** | ) | |
| **and SUSUMU INTERNATIONAL (USA), INC.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiff's Unopposed Motion for Extension of Time to Oppose Defendant Susumu International (USA), Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction (Filing No. 40). Upon consideration,

**IT IS ORDERED**

1. The plaintiff's motion for an extension of time (Filing No. 40) is granted.

2. The deadline for the plaintiff to file its opposition is extended to **on or before August 31, 2007**.

DATED this 24th day of August, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge