**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **VISHAY DALE ELECTRONICS, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV191 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **CYNTEC CO., LTD., SUSUMU CO., LTD.,** | ) | |
| **and SUSUMU INTERNATIONAL (USA), INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the parties' Stipulation For A Stay Of Progression Deadlines (Filing No. 46). These parties seek a stay of the deadlines in the court's June 27, 2007 letter (Filing No. 30), including deadlines to meet and confer and to file a Report of Parties' Planning Conference pursuant to Fed. R. Civ. P. 26(f) until 20 days after resolution of the defendants' motions to dismiss (Filing Nos. 35 and 41). Upon consideration,

**IT IS ORDERED**:

1. The parties' Stipulation For A Stay Of Progression Deadlines (Filing No. 46) is granted.

2. The parties shall have **twenty (20) days** from the date an order is filed on the currently pending motions to dismiss (Filing Nos. 35 and 41), in which to file a planning report with the court pursuant to Federal Rule of Civil Procedure 26(f), if necessary.

DATED this 28th day of August, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge