**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **VISHAY DALE ELECTRONICS, INC.,** ) | |
| ) | **8:07CV191** |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **CYNTEC CO., LTD., SUSUMU CO., LTD,** ) | |
| **and SUSUMU INTERNATIONAL (USA), INC.,** ) | |
| ) | |
| **Defendants.** ) | |

This matter is before the court on the plaintiff's Motion To Extend Time For Serving Defendant Susumu Co., LTD (Filing No. 50). The plaintiff filed an index in support of said Motion (Filing No. 51). The plaintiff requests an extension of time in which to serve summons upon the defendants. Upon review of the record and for good cause given, the court will grant the motion. The plaintiff shall have **until January 16, 2008**, to perfect service.

**IT IS SO ORDERED.**

DATED this 7th day of September, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge