IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VISHAY DALE ELECTRONICS, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV191 |
| | ) | |
| v. | ) | |
| | ) | |
| CYNTEC, Co., Ltd., SUSUMU, Co., Ltd., and SUSUMU INTERNATIONAL (USA), Inc., | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

This matter is before the court on Vishay Dale Electronics, Inc's ("Vishay") motion for an extension of time to respond to defendant Cyntec's motion to dismiss for lack of personal jurisdiction, Filing No. 55. Vishay seeks an extension of time in which to conduct jurisdictional discovery. The court finds the motion should be granted. *See Prudential v. Lakin Securities, Inc.,* 348 F.3d 704, 713 (8th Cir. 2003). Plaintiff's alternative motion to quash is rendered moot by this decision. Accordingly,

IT IS ORDERED:

1. Plaintiff's motion for leave to conduct jurisdictional discovery and for an extension of time in which to respond to defendant Cyntec's motion to dismiss (Filing No. 55) is granted;

2. Plaintiff shall complete jurisdictional discovery by November 16, 2007;

3. Plaintiff shall respond to defendant Cyntec's motion to dismiss by November 26, 2007.

DATED this 18th day of September, 2007.

                                      BY THE COURT:

                                      s/ Joseph F. Bataillon
                                      Chief United States District Judge