IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **VISHAY DALE ELECTRONICS, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV191 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **CYNTEC CO., LTD.,** | ) | |
| **SUSUMU CO., LTD.** and | ) | |
| **SUSUMU INTERNATIONAL (USA), INC.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the defendants' Motion for Extension of Time to File the Rule 26(f) Report of Parties' Planning Conference (Filing No. 79). The defendants seek an extension of the deadline to file the report until March 13, 2008. The defendants state the plaintiff believes the report is due within twenty days of a ruling on the motion to dismiss, which was denied on January 29, 2008. The parties were unable to reach an agreement and the plaintiff filed a report on its own on February 18, 2008. **See** Filing No. 80. The defendants have not yet filed answers to the amended complaint, and seek additional time to confer before filing the planning report. Under the circumstances, the court finds good cause exists for an extension of the planning report deadline. Upon consideration,

**IT IS ORDERED:**

1. The defendants' Motion for Extension of Time to File the Rule 26(f) Report of Parties' Planning Conference (Filing No. 79) is granted.

2. The parties shall have to on or before March 13, 2008, to file a **joint** planning report pursuant to Federal Rule of Civil Procedure 26(f).

DATED this 19th day of February, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge