## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **VISHAY DALE ELECTRONICS, INC.,** | ) | |
| | ) | **8:07CV191** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **CYNTEC CO., LTD, et al.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the parties' joint motion for a temporary stay pending settlement discussions (Filing No. 179).  Upon consideration,

**IT IS ORDERED:**

1.      The parties' joint motion for a temporary stay pending settlement discussions (Filing No. 179) is granted.

2.      The **telephone** planning conference with the undersigned magistrate judge is rescheduled for **March 6, 2009, at 11:00 a.m. Central Standard Time**.  Plaintiff's counsel shall initiate the telephone conference.

DATED this 22nd day of January 2009.

                                                BY THE COURT:

                                                 s/Thomas D. Thalken
                                                United States Magistrate Judge