# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **VISHAY DALE ELECTRONICS, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:07CV191** |
| vs. ) | |
| ) | **ORDER** |
| **CYNTEC CO., LTD., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

This matter is before the court following a telephone conference with counsel for the parties on March 20, 2009.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **March 31, 2009, at 11:00 a.m.** Plaintiff's counsel shall initiate the telephone conference.

DATED this 20th day of March, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge