## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VISHAY DALE ELECTRONICS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CYNTEC CO., LTD., SUSUMU CO., ) <br> LTD., and SUSUMU INTERNATIONAL ) <br> (USA), INC., ) <br> ) <br> Defendants. ) | Civil Action No. 8:07-cv-00191 <br><br> Judge Joseph F. Bataillon <br><br> Magistrate Thomas D. Thalken |

### ORDER ON JOINT MOTION TO DISMISS OF PLAINTIFF VISHAY DALE ELECTRONICS, INC. and DEFENDANTS CYNTEC CO., LTD., SUSUMU CO., LTD., and SUSUMU INTERNATIONAL (USA), INC.

The parties have moved for a dismissal with prejudice, and in support have indicated that the case is settled. The Court finds that an Order in accordance with the Motion be entered.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that this case is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

BY THE COURT

*/s/ J F Bataillon*

DATED: March 30, 2009

451347